850

No. 854. ROBINSON ET AL. *v.* DEAL ET AL. February 26, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Messrs. Geo. E. H. Goodner* and *Scott P. Crampton* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *J. Louis Monarch* for respondents.

No. 803. UNITED STATES *v.* BRAND INVESTMENT Co. February 26, 1945. Petition for writ of certiorari to the Court of Claims denied. *Solicitor General Fahy* for the United States.

No. 869. CHASE NATIONAL BANK *v.* DIXON, IRMAOS & CIA. LTDA. February 26, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Mr. Paul D. Miller* for petitioner. *Messrs. James Joseph Noble, Oscar R. Houston* and *Arthur W. Clement* for respondent.

No. 882. W. F. & JOHN BARNES CO. ET AL. *v.* INTERNATIONAL HARVESTER CO. ET AL. February 26, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Messrs. George I. Haight, John A. Marzall* and *M. K. Hobbs* for petitioners. *Mr. Alwin F. Pitzner* for respondents.